SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Adrian & Victoria Oldham, Inc.,<br>et al,<br><br>        Defendants. | Case No. **2:12-cv-00848-MCE-AC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

The above-entitled action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. Rule 41(a)(1).

IT IS SO ORDERED.

Dated: April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-00848-MCE-AC- 1